## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WILLIAM OSCAR HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 2:12-cv-308-JMS-MJD |
| | ) | |
| JOHN C. OLIVER, | ) | |
| | ) | |
| Respondent. | ) | |

### Entry Discussing Selected Matters

### I.

### A.

The petitioner seeks relief pursuant to 28 U.S.C. § 2241(c)(3). Any claim based on the asserted violation of Indiana law is insufficient to support the award of the requested relief and is therefore summarily denied.

### B.

No partial final judgment shall issue at this time as to the claim(s) dismissed in Part I.A. of this Entry.

### II.

### A.

Reference is made in the amended petition for writ of habeas corpus to the prison disciplinary proceeding identified as No. 2114507, wherein the petitioner was found guilty of violating prison rules by committing attempted extortion. At the final level of administrative review, the reviewing authority found "a procedural error" (without specifying the nature of the error) and the appeal was "returned to the institution for appropriate action (without specifying what such action could or should be). This action was taken on March 22, 2012, and the amended habeas petition seeks issuance of a writ which will compel prison authorities to act on what the petitioner characterizes as a "partial remand."

**B.**

      The petitioner shall have through December 5, 2012, in which to supplement his amended petition for writ of habeas corpus by (1) stating whether he initiated and pursued an administrative grievance pertaining to the failure to properly act on the partial remand ordered on March 22, 2012, and (2) identifying what steps, if any, authorities at the prison where he is confined have taken in response to the partial remand ordered on March 22, 2012, in No. 2114507.

      **IT IS SO ORDERED.**

Date: 11/19/2012

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

William Oscar Harris
#40743-050
Terre Haute FCI
P.O. Box 33
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048